156 A.3d 166

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RICH-ARD RAMON GARDNER (A/K/A GARY EVANS, RICKY, IAN, J. ELIE AND RICHARD M. GARDNER), DEFENDANT–PETI-TIONER.

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001375–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 166

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. THOMAS J. BROCKINGTON (A/K/A THOMAS JOHNSON), DEFENDANT–PETITIONER.

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000776–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.